**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

KEVIN JAMES MURPHY,
KODY HARLESS,
CORY FOUT,
AARON THOMPSON,
MATTHEW HUDSON,

Plaintiffs,

v. CIVIL ACTION NO. 3:26-0115

CO RODNEY HALL,
Carter County Detention Center Grayson KY,
DEBBIE LNU and
PEDRO LNU,
as witness,

Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable James P. Mazzone, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the complaint be dismissed, without prejudice, and this action be removed from the docket of the court. No objections to the Magistrate Judge's findings and recommendations have been filed.[1]

[1] The Proposed Findings and Recommendations was returned marked undeliverable. The Clerk of Court has no current address for Plaintiff.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that the complaint be **DISMISSED**, **without prejudice**, and this action be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 16, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE